UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY PENMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05-cv-1429-DFH-TAB |
| | ) |
| OFFICER FRANKLIN D. WOOTEN, | ) |
| OFFICER STEVEN M. HAYTH, | ) |
| OFFICER MARVIN CUMMINS, and | ) |
| OFFICER GREGORY CRABTREE, | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

The court having this day granted defendants' motion for summary judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Jerry Penman take nothing by his complaint against defendants Franklin Wooten, Steven M. Hayth, Marvin Cummins, and Gregory Crabtree, and that this action is DISMISSED WITH PREJUDICE.

Date:  November 29, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

January Nicole Portteus
ROBERTS & BISHOP
jportteus@roberts-bishop.com

Kenneth T. Roberts
ROBERTS & BISHOP
ktrobatty@aol.com

Ian L. Stewart
OFFICE OF CORPORATION COUNSEL
istewart@indygov.org

Michael T. Wallace
ROBERTS & BISHOP
mwallace@roberts-bishop.com